IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND RIVERA and CRISTINA RIVERA,<br><br>            Plaintiffs,<br><br>   v.<br><br>ONEWEST BANK, FSB,<br><br>            Defendant.<br>                                                                    / | No. C 10-04538 WHA<br><br>**ORDER REGARDING MOTION TO DISMISS AND MOTION TO REMAND SUBMISSIONS AND CONTINUING HEARING ON DECEMBER 9, 2010** |

This action having been reassigned to the undersigned, defendant MortgageIt Inc. noticed a motion to dismiss for December 16, 2010 (Dkt. No. 14). Defendant OneWest Bank, FSB filed a joinder to the motion (Dkt. No. 17). No other defendants have been served. Meanwhile, plaintiffs noticed a motion to remand for a hearing on December 9, 2010 (Dkt. No. 19). Plaintiffs dismissed MortgageIt Inc. from the action on November 17, 2010 (Dkt. No. 20), and on November 19, 2010, MortgageIt Inc. filed a notice of withdrawal of its motion to dismiss (Dkt. No. 21). Meanwhile, defendant OneWest Bank, FSB did not file an opposition or statement of nonopposition to plaintiffs' motion to remand, which was due on November 18, 2010, pursuant to Civil Local Rule 7-3.

With regard to the motion to dismiss, because the moving party has withdrawn the motion and been withdrawn from the case, the Court is concerned that the moving submissions do not clearly apply to the joining defendant, OneWest Bank, FSB. In order to cure this gap, the joining defendant may have until **NOVEMBER 29, 2010, AT 5:00 P.M.**, to update its moving submission in

support of the motion to dismiss, stating in particular what portions thereof still apply to it. Then the following dates shall apply with regard to both the motion to dismiss and motion to remand. Each side may oppose the other's motion by **DECEMBER 3, 2010, AT 5:00 P.M.** Each side may file a reply in support of its motion by **DECEMBER 8, 2010, AT 5:00 P.M.** The hearing on the motion to remand on December 9 is **CONTINUED**, and both motions will now be heard on **DECEMBER 16, 2010, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: November 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2